USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>JULIO LIZARDO, and J&H RESTAURANT ASSOCIATES, INC.,<br><br>Defendants. | 1:20-cv-06593 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court will hold a hearing on Plaintiff's motion for a default judgment on August 25, 2021 at 3:30PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

Plaintiff is directed to serve a copy of this order on Defendant along with another copy of Plaintiff's motion for a default judgment and all supporting papers. Proof of service must be filed on the ECF docket on or before July 23, 2021.

**SO ORDERED.**

Date: July 13, 2021
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**